# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

**Docket No: 11-836-001**

v.

**CONSENT ORDER**

JAIME GARCIA

Honorable Susan Wigenton, United States Judge

The Court orders defendant's date of surrender, currently set for on or before noon, May 3rd, 2012, be amended by way of agreement between the defendant and the Government as set forth below:

Defendant shall surrender to the appropriate facility designed by the Bureau of Prisons on or before noon, June 25th, 2012.

All other bail conditions shall remain in full force and effect.

SO ORDERED

DATED: April 18, 2012

_____
Honorable Susan Wigenton
United States Judge

Agreed as to form:

_____
Mary Toscano, Assistant United States Attorney

_____
Michael Orozco, Attorney for Jaime Garcia